UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL REYES GERMAN,<br><br>                              Movant,<br><br>         -against-<br><br>UNITED STATES OF AMERICA,<br><br>                              Respondent. | 22-CV-7409 (LGS)<br><br>06-CR-484-3 (LGS)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2255 |

LORNA G. SCHOFIELD, United States District Judge:

In light of the Second Circuit's mandate dated August 15, 2022, granting Movant leave to file a second or successive motion under 28 U.S.C. § 2255,[1] the Court hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

The Clerk of Court is respectfully directed to mail this Order to the pro se Plaintiff.

SO ORDERED.

Dated:   September 7, 2022
         New York, New York

                                                              _____
                                                              LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE

---

[1] *See German v. United States*, 22-6323 (2d Cir. Aug. 16, 2022); No. 06-CR-484-3, 216.