

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 27, 2023

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:  *United States v. Joel Reyes German*,
06 Cr. 484 (LGS)
22 Civ. 7409 (LGS)

Application **GRANTED** *nunc pro tunc*. By **December 6, 2023**, the parties shall each submit letters addressing the impact, if any, of *Tavarez v. United States*, 81 F.4th 234 (2d Cir. 2023) on the Petition.

Dated: December 4, 2023
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield:

The Court has directed both parties to file letters, by November 29, 2023, addressing the impact, if any, of a recent Second Circuit decision on petitioner Joel Reyes German's successive § 2255 petition.  (Dkt. 246).  The Government respectfully submits this letter to request a one-week extension of that deadline (*i.e.*, until December 6, 2023) for both parties' responses to the Court's Order.  The requested extension will provide additional time to conduct further legal research relevant to our response.  This is the first request for an extension of this deadline.  Petitioner's counsel, Brendan Quigley, Esq., consents to this request for a one-week extension for both parties.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Michael D. Neff
Assistant United States Attorney
(212) 637-2107

cc:    Brendan F. Quigley, Esq. (by ECF)